FILED

MAR - 3 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:21CR156 MTS/NCC |
| vs. ) | |
| ) | |
| LEMARIUS LOGAN, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Geoffrey S. Ogden, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.  Defendant is charged with:

(a) an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (Title 21, United States Code, Section 801, et seq.), or chapter 705 of Title 46 (Maritime Drug Law Enforcement), specifically distributing a controlled substance in violation of Title 21, United States Code, Section 841(a).

2. Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community. Moreover, even if the Defendant meets his burden of production, the facts and circumstances surrounding this case create a serious risk to the community were Defendant granted pre-trial release.

3. In November 2020, the FBI and St. Louis County Police Department initiated an investigation into Defendant's drug trafficking in the Eastern District of Missouri, specifically St. Louis County. Investigators obtained reliable information that Defendant was distributing fentanyl and regularly possessed a firearm in connection with this activity. Defendant is also a convicted felon.

4. Investigators were able to arrange for an undercover detective ("UD") to conduct multiple controlled purchases from the Defendant between November 2020 and February 2021. In total, seven controlled purchases were conducted, five being done directly in a hand-to-hand transaction with Defendant, and two with Defendant's associates which were arranged and coordinated directly with Defendant. All of these purchases were for controlled substances suspected to be fentanyl.

5. Defendant and his associates have been observed possessing firearms in connection with these controlled purchases. A February 1, 2021 controlled purchase was coordinated by Defendant, where he sent two unknown males to conduct the sale. Prior to the individuals arriving at the deal location, one of them was carrying an AR-15 style rifle. Additionally, on February 25, 2021, Defendant personally conducted a sale with the UD, and when Defendant arrived at the deal location, the UD observed an AR-15 style rifle in Defendant's vehicle.

6.    The investigation revealed that Defendant has a remarkably consistent pattern in connection to his drug trafficking enterprise. Investigators obtained a precision location information warrant for Defendant's phone, and subsequently monitored Defendant's movements for approximately 45 days. Defendant is believed to utilize two to three residences in furtherance of his drug trafficking. Initially, Defendant would leave at the same time each morning from Target Location 1, make a stop at Target Location 2, and then proceed to Target Location 3. For the rest of the day and into the night, Defendant would distribute narcotics out of Target Location 3. Defendant would essentially leave Target Location 3 for brief periods of time, travel to his regular deal locations, and then return to Target Location 3. The UD controlled purchases all complied with this pattern, as Defendant would leave Target Location 3 to meet the UD, and then return to Target Location 3. At the end of each day, usually around 9:00 p.m., Defendant would return to Target Location 1, and would repeat this patter each day.

7.    Defendant has been conducting a detailed, disciplined drug trafficking enterprise. His drug distribution efforts are his livelihood, and he treats it as if it were full-time employment. Moreover, the fentanyl Defendant is distributing is in and of itself a danger to the community. Finally, investigators have received information, corroborated by investigator observations, that Defendant regularly carries a gun in connection with his drug trafficking. The totality of these circumstances result in Defendant's pre-trial release representing a clear danger to the community. No condition or combination of conditions could reasonably ensure the community's safety, and Defendant should be detained pending resolution of his case.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY


*/s/Geoffrey S. Ogden*
GEOFFREY S. OGDEN, #669630MO
ASSISTANT UNITED STATES ATTORNEY
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200